

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Michelle Strange,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-cr-00075-DOC-4<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

   Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 13,</u>, <u>2024</u>, at <u>1:30</u> ☐a.m. / ☒p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
        *(Other custodial officer)*

Dated: <u>September 13 2024</u>

_____
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**
CR-66 (10/97)                                                                                                            Page 1 of 1