

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             PLAINTIFF<br><br>             v.<br><br>MICHELLE STRANGE,<br><br><br><br>             DEFENDANT(S). | CASE NUMBER<br><br>8:24-cr-00075 DOC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

     Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __September 25, 2025_____,  _____, at __1:00____ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

     Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                  *(Other custodial officer)*

Dated: __September 24, 2025_____        _____Douglas F. McCormick_____
                                                                         U.S. D̶i̶s̶t̶r̶i̶c̶t̶ ̶J̶u̶d̶g̶e̶/Magistrate Judge